AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

GALILEO HERNANDEZ,

Defendant

Case No. 2:23-mj-02217-duty

LODGED
CLERK, U.S. DISTRICT COURT
5/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
5/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: DL   DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 12, 2023, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Commerce by Robbery |
| 18 U.S.C. § 924(c) | Discharging and Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Stephen J. May
Complainant's signature

Stephen J. May, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 4, 2023

[Judge's signature]
Judge's signature

City and state: Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
Printed name and title

AUSA: H. Mirell x0717

**AFFIDAVIT**

I, Stephen J. May, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for GALILEO HERNANDEZ ("HERNANDEZ") for violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and § 924(c) (Discharging and Brandishing a Firearm in Furtherance of a Crime of Violence). HERNANDEZ is currently in custody at the Los Angeles County Jail.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been employed for the past 24 years. From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI. From December 2003 to the present, I have worked as a Bank Robbery Investigator in the Los Angeles

1

Division of the FBI.  And since May 2005, I have also been the Bank Robbery Coordinator in the Los Angeles Division of the FBI.

4. As a Bank Robbery Investigator and Bank Robbery Coordinator, I investigate bank robbery cases assigned to me and review, analyze, and disseminate investigative data (including bank surveillance photographs) on nearly all bank robberies that occur in the Central District of California.  Since May 2005, there have been more than 3,500 bank robberies in the Central District of California.

5. Since October 2013, I have also been the lead FBI Agent for the San Gabriel Valley Violent Crime Task Force, which works in conjunction with Task Force Officers from the Los Angeles County Sheriff's Department to investigate commercial and retail robberies.

6. On February 27th and 28th of 2014, I received basic training (Cellular Survey Analysis and Geo-location) from the FBI Cellular Analysis and Survey Team, which included utilizing cellular tower logs to identify a subject phone or phones of different crimes, even when it was not clear whether a cell phone was in use during the commission of the crime.  I have also analyzed tower dump data sets and historical cell site data sets for my own FBI cases and other local police departments' investigations on a number of occasions.

7. On September 8, 2020, I completed the ZetX E-learning eight-hour (self-paced) training course – "Forensic Analysis of Cellular Networks."  The course provided a detailed instruction on cellular technologies operating in the United States.  The

history of cellular technologies, the different technologies used in cellular networks, and mapping considerations associated with the networks were thoroughly covered.  Additionally, there was an introduction to drive-test techniques (network survey), equipment overview, and how to map and analyze drive test data.  The course concluded with instruction about how to present forensic call detail mapping evidence in court.

8.   On November 4 and continuing through November 6, 2020, I virtually attended and completed the ZetX WEXA training conference.  The WEXA Conference brought together Historical Cell Site Location Information Subject Matter Experts from across the nation to present criminal investigations and shared investigative approaches.  In addition, the WEXA conference covered Long Term Evolution technology, Radio Frequency exposure, real-time location data, cellular technology updates, and drive-test surveys.

9.   In connection with the bank robbery and commercial/retail robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, and reviewing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, including FBI Special Agents and local law enforcement detectives who were experienced with commercial robbery investigations, I am familiar with the methods used by

individuals to commit commercial robberies as well as effective investigative methods used to solve them.

### III. SUMMARY OF PROBABLE CAUSE

4. Los Angeles County Sheriff's Department ("LASD"), FBI, and other law enforcement agencies investigated a series of at least six related robberies, in violation of 18 U.S.C. § 1951(a).  The robbery series started on or about April 12, 2023, and ended on the same day.  Victims from four of the robberies reported that they observed the robber brandish -- and on one occasion, discharge -- a firearm during the robbery. Based on information set forth below, law enforcement has identified HERNANDEZ as the robber in the series.

5. On April 12, 2023, following the robbery spree, HERNANDEZ was arrested while driving a white Toyota Yaris, registered in his name, with California license plate 6DKV894. This was the same vehicle seen on surveillance video during one of the robberies.  HERNANDEZ was also wearing the same black "PUMA" hooded sweatshirt as seen in surveillance footage of the robberies.  Upon executing a search warrant of HERNANDEZ's vehicle, law enforcement recovered a tan Springfield Armory XDS (S/N: AT187017) 9mm handgun with seven rounds inside the magazine.

### IV. STATEMENT OF PROBABLE CAUSE

**A. Six Robberies on the early morning of April 12, 2023**

6. Based on my review of pertinent police reports, I know that starting in the early morning of April 12, 2023, there were

six robberies committed in southeast Los Angeles (collectively the "**SUBJECT ROBBERIES**").

7. Listed below are the locations that were robbed in the early morning of April 12, 2023. As detailed further herein, law enforcement has probable cause to believe that HERNANDEZ committed all six robberies:

    a. 3:40 a.m. – **Circle K**, located at 12000 Paramount Boulevard, Downey, California ("**SUBJECT ROBBERY 1**");

    b. 3:42 a.m. – **Chevron**, located at 12555 Paramount Boulevard, Downey, California ("**SUBJECT ROBBERY 2**");

    c. 4:13 a.m. – **7-Eleven**, located at 12100 Garfield Avenue, South Gate, California ("**SUBJECT ROBBERY 3**");

    d. 4:40 a.m. – **7-Eleven**, located at 8502 Alondra Boulevard, Paramount, California ("**SUBJECT ROBBERY 4**");

    e. 5:00 a.m. – **7-Eleven**, located at 9403 Artesia Boulevard, Bellflower, California ("**SUBJECT ROBBERY 5**"); and

    f. 5:13 a.m. – **Chevron**, located at 9006 Rosecrans Avenue, Bellflower, California ("**SUBJECT ROBBERY 6**").

8. I have read the LASD, South Gate Police Department ("SGPD"), and Downey Police Department ("DPD") report(s) related to the above incidents. Based on my review of the incident reports and supplemental report, I learned the following:

    a. **On April 12, 2023**, at approximately 3:40 a.m., **Circle K**, located at 12000 Paramount Boulevard, Downey, California, was robbed.

    i. After the robbery, DPD responded to the location and interviewed the victim, G.S., who provided the following information:

    (I) G.S. was working in the refrigerator portion of the store when G.S. heard the doorbell chime. G.S. exited the area and saw the robber standing in between the food aisles. While holding a black colored handgun, the robber told G.S., "I'll kill you" and to give him "all the money." In fear of G.S.'s safety, G.S. walked behind the counter and gave the robber money from the cash register. The robber was pointing the handgun at G.S. while G.S. opened the cash register. The robber took the money and exited the store. G.S. followed the robber but lost sight of the robber. G.S. did obverse an older white model sedan travel southbound on Paramount Boulevard. G.S. did not observe the robber enter the vehicle, but believed the robber was inside the vehicle.

    (II) G.S. described the robber as a black male but then stated the robber was a white male.

    (III) G.S. reported that the robber took approximately $250.

    ii. DPD Forensic Specialist Marroquin ("Marroquin") returned to the store later that morning to collect surveillance video. Store employee G.M. informed Marroquin that the robber had visited the store earlier that day without a face mask on.

    iii. Upon reviewing the surveillance video, Marroquin noticed that the time stamp on the video appeared to

be about one hour off.  Marroquin downloaded the videos from the robbery and from when the robber visited the store prior to the robbery.  The following information is based on Marroquin's review of relevant surveillance videos, and the time stamps have been adjusted to reflect the actual approximate time, rather than the time displayed on the surveillance video:

(I)  At approximately 1:45 a.m., the robber entered the store wearing a black hooded sweatshirt with white "Puma" lettering across the chest and a green Puma logo, white high socks, black Nike shoes, and blue "Puma" shorts.  The robber appeared to be a heavy-set Hispanic male with a beard.

(II) At approximately 1:57 a.m., the robber, wearing the Puma sweatshirt, exited the Circle K and entered into the driver's side of a Toyota.  The license plate on the Toyota was a California License plate 6DKV894.

(III)   At approximately 3:39 a.m., the robber re-entered the Circle K wearing a black hooded sweatshirt with white "Puma" lettering across the chest and a green Puma logo, blue Puma shorts, white high socks, and black Nike shoes.  This was the exact clothing that the robber was seen wearing when he visited the store earlier that night.  This time he brandished a gun, as described above.

b.   **On April 12, 2023**, at approximately 3:42 a.m., **Chevron**, located at 12555 Paramount Boulevard, Downey, California, was robbed.

          i.    DPD responded to the location and interviewed the victim, K.B., who provided the following information:

          (I)    K.B. was working at the front sliding doors when the robber entered the store. The robber told K.B., "Give me all the cash." K.B. thought K.B. misheard the robber and asked him to repeat himself. The robber said again, "Give me all the cash. I don't want to hurt you." K.B. noticed the robber had his hands in the front sweater pocket area and believed he could have a weapon. Fearing for K.B.'s safety, K.B. walked behind the counter and removed $60.00 from the cash register. K.B. handed the robber the money. The robber took the money and exited the store. K.B. described the robber as a heavy-set black male, approximately 25 to 30 years old, wearing a black hooded sweatshirt, blue basketball-style shorts, and high white socks.

          ii.    DPD Detective Estrada reviewed the surveillance video from the Chevron robbery. The following information is based on Detective Estrada's review of relevant surveillance videos:

          (I)    At approximately 3:42:43 a.m., a white sedan with a black hub cap on the passenger tire is seen driving through the gas station lot. The vehicle matched the description for the vehicle used in the Circle K robbery (**SUBJECT ROBBERY 1**) earlier that morning. The vehicle is a white Toyota Yaris.

      (II) At approximately 3:43:41 a.m., the robber entered Chevron wearing the same clothing that he wore during **SUBJECT ROBBERY 1**. The robber entered the store with his right hand in his front sweatshirt pocket.

    c. **On April 12, 2023**, at approximately 4:13 a.m., **7-Eleven**, located at 12100 Garfield Avenue, South Gate, California was robbed.

     i. SGPD responded to the location and interviewed the victim, A.M., who provided the following information:

      (I) A.M. stated that the robber entered the store through the front door, walked to the counter, and demanded money from the register. According to A.M., the robber said, "If not, I'll shoot you." A.M. stated that the robber had his right hand inside the front hoodie pocket when he made the threat. A.M. told the robber the register was closed and told him A.M. had only $20. A.M. was afraid for A.M.'s life so A.M. gave the robber the money. The robber took the money and exited the store. A.M. described the robber as a male wearing a black hoodie with white outline Puma logo on the front of the sweater and dark shorts.

     ii. SGPD reviewed the store video and, based on its review, believes the robber entered a white four-door sedan and drove away.

    d. **On April 12, 2023**, at approximately 4:40 a.m., **7-Eleven**, located at 8502 Alondra Boulevard, Paramount, California was robbed.

            i.    LASD responded to the location and interviewed the victim, P.K., who provided the following information:

            (I)    P.K. was working behind the front counter when the robber approached P.K. and pointed a black semi-automatic handgun at P.K. The robber told P.K. to give him all the money in the register. P.K. walked to the cash register and the robber followed. The robber put the handgun in the front pocket of his black hooded sweater. P.K. opened the cash register and gave the robber approximately $150. P.K. described the robber as a Hispanic adult male, approximately 30 years old, wearing all black clothing.

    e.    **On April 12, 2023**, at approximately 5:00 a.m., **7-Eleven**, located at 9403 Artesia Boulevard, Bellflower, California was robbed.

            i.    LASD responded to the location and interviewed the victim, G.S., who provided the following information:

            (I)    G.S. was seated next to the cash register when the robber entered the store. The robber pointed a black semi-automatic handgun at G.S. and told G.S., "Give me all the money." G.S. took approximately $200 from the cash register and placed it on the counter. The robber took the money and exited the store. G.S. saw the robber enter the driver's seat of a white four-door sedan and drive away. G.S. described the robber as a Hispanic adult male, heavy set,

approximately six feet tall, wearing a black ski mask, black shirt, and black pants.

   f. **On April 12, 2023**, at approximately 5:13 a.m., **Chevron**, located at 9006 Rosecrans Avenue, Bellflower, California was robbed.

    i. LASD responded to the location and interviewed the victim, O.M., who provided the following information:

     (I) O.M. was working next to the back counter plexiglass door.  The robber entered the store and ran toward O.M. at a rapid pace while holding a black semi-automatic handgun.  O.M. closed the plexiglass door.  The robber told O.M., "Give me all the money," while pointing the handgun at O.M.  O.M. stated that the robber began to scream and hit the plexiglass at the register.  O.M. stated that as the robber began to leave the store, the robber fired multiple rounds at O.M. while standing toward the entrance of the store.  O.M. saw the robber enter the driver's seat of a white four-door sedan and drive away.  O.M. described the robber as a Hispanic adult male, heavy set, wearing a black mask, black shirt, and black shorts.

    ii. LASD checked inside the store and found a live 9mm round just inside the store, near the entrance doors.  LASD also found a 9mm casing underneath a food display near the entrance doors.  Additionally, LASD located two 9mm fragments west of the plexiglass.  LASD observed a small circular shatter

pattern on the plexiglass in front of the registers, which LASD believes was caused by the impact of a bullet.

          iii. LASD reviewed the store surveillance video. The following information is based on LASD's review of the relevant surveillance videos:

          (I) A white four-door Toyota Yaris with tinted windows and a missing front passenger hub cap parked at an open stall facing out, just west of the building. The robber exited the driver's seat and ran inside the store. Once inside the store, the robber approached the front counter and pointed a firearm at O.M., who was standing behind a glass window next to the cash registers. The robber ran back toward the front north sliding doors while racking back the slide of the firearm. The robber stood in between the doors, turned around and faced O.M. The robber pointed the firearm at O.M. and appeared to fire one round at O.M. before sliding the rack an additional time. The robber appeared to attempt to fire an additional round, but it was unclear from the surveillance video if the round fired successfully. The robber ran and exited the store. Upon exiting the store, the robber entered the vehicle through the driver's side door and drove off out of view.

    **B.** **Video and/or Images from all Six Robberies**

    9. I have reviewed images and/or video from all six of the **SUBJECT ROBBERIES**. Based on my review, I believe the robber is the same person in all six **SUBJECT ROBBERIES**. In addition, I believe the person who visited the Circle K prior to **SUBJECT**

12

**ROBBERY 1** is the same person who committed all six **SUBJECT ROBBERIES**.

    a.   Below is an image of the robber and the white Yaris when visiting the Circle K prior to **SUJBECT ROBBERY 1:**



    b.   I have reviewed a booking image and a California Driver's License image of HERNANDEZ.  Based on my review of these images, I believe that HERNANDEZ is the person depicted in the image above.

    C.   **HERNANDEZ is Arrested While Driving the Yaris**

  10.   According to police reports, on April 12, 2023, at approximately 7:23 p.m., DPD responded to 11916 Paramount Boulevard, Downey, California for a suspicious incident report. DPD spoke with witness R.J., who provided them with information involving a robbery that occurred at a Circle K earlier that morning.

    a.   R.J. told DPD that R.J. went to the Circle K after the robbery and heard about the robbery that had occurred

13

earlier that morning.  The Circle K clerk informed R.J. of the robbery and showed R.J. surveillance footage of the incident.

      b.   R.J. told DPD that the white sedan that the robber was seen driving away from the Circle K was currently parked in the driveway of 11938 Paramount Boulevard, Downey, California.

11.  DPD officers responded to area of 11938 Paramount Boulevard to locate the Toyota Yaris.  DPD officers observed the Toyota Yaris drive northbound on Paramount Boulevard and stop in the left turn lane at the intersection of Paramount Boulevard and Stewart and Gray Road.  DPD officers then observed the Toyota Yaris make a U-Turn and drive southbound.

12.  DPD stopped the Toyota Yaris at Gardendale Street, west of Merkel Avenue.  There were two occupants inside the vehicle.  DPD identified the driver of the vehicle as HERNANDEZ.  DPD detained and arrested HERNANDEZ, as well as the passenger, A.H., and transported them to DPD.

13.  The Toyota Yaris was impounded and towed to DPD for processing pending a search warrant.

    **D.**   **Execution of Search Warrant on HERNADEZ's Toyota Yaris**

14.  On April 13, 2023, the Honorable Judge Steven D. Blades of the Norwalk Superior Court approved and signed a search warrant for a 2008, white Toyota Yaris, California license plate 6DKV894, registered to HERNANDEZ.

15.  Based on my review of relevant police reports, I know that DPD found the following items inside the vehicle while executing this search warrant:

      a.    A black Adidas backpack on the right front floorboard that contained a tan Springfield Armory 9mm handgun (S/N AT187017). Inside the handgun was a magazine containing seven 9mm rounds of ammunition.

    16.    Below is an image of the Toyota Yaris that DPD searched on April 13, 2023. Based on these photographs, the vehicle appears to be missing a front passenger hub cap, which is consistent with the surveillance footage of the vehicle from **SUBJECT ROBBERY 2** and **SUBJECT ROBBERY 6**.




    **E.**    **Post-Miranda Interview of HERNANDEZ**

    17.    On or about April 12, 2023, DPD Detective Estrada interviewed HERNANDEZ after reading HERNANDEZ his Miranda Rights. The interview was audio and video recorded. Based on my review of the recording, I know that HERNANDEZ provided the following information during the interview:

      a.    HERNANDEZ stated that he owned a beige or tan XDS9 handgun.

      b.    HERNANDEZ stated that the handgun was inside HERNANDEZ's backpack.

       c.    HERNANDEZ denied being involved in the robbery series and claimed that his car was stolen.

    **F.    Chevron Goods, Circle K, and 7-Eleven in and Affecting Interstate Commerce**

18.    Based on my training and experience and my review of Chevron Corporation's website, I know that Chevron Corporation is a business that engages in interstate commerce. Specifically, according to Chevron's website:

       a.    Chevron is a worldwide company.

       b.    Chevron is a listed stock on the New York Stock Exchange.

       c.    Chevron has gas stations located outside the state of California.

19.    Based on my training and experience and my review of Circle K's website, I know that Circle K businesses engage in interstate commerce. Specifically, according to Circle K's website:

       a.    By 1975, there were 1,000 Circle K stores across the U.S.

       b.    In 1979, Circle K entered the international market when a licensing agreement established the first Circle K stores in Japan.

       c.    By 1984, Circle K's sales had reached $1 billion.

       d.    In 2003, Circle K was acquired by Alimentation Couche-Tard and has developed into a global brand represented in over twenty countries.

20. Based on my training and experience and my review of 7-Eleven's website, I know that 7-Eleven stores are businesses that engage in interstate commerce. Specifically, according to 7-Eleven's website:

    a. 7-Eleven operates, franchises and licenses close to 10,000 locations in the U.S. and Canada and more than 71,100 stores in 17 countries around the world.

### V. CONCLUSION

21. For all the reasons described above, there is probable cause to believe that HERNANDEZ has committed violations of 18 U.S.C. § 1951(a) (Interference with Commerce by Robbery) and § 924(c) (Discharging and Brandishing of a Firearm in Furtherance of a Crime of Violence), as described above for the **SUBJECT ROBBERIES**.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 4th day of
May, 2023.

*Rozella A. Oliver*
_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE